# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2157

_____

| | |
|---|---|
| United States of America, | * |
| | * |
| Appellee, | * |
| | *   Appeal from the United States |
| v. | *   District Court for the |
| | *   Northern District of Iowa. |
| Alfredo Contreras-Diaz, | * |
| | *        [UNPUBLISHED] |
| Appellant. | * |

_____

Submitted: March 17, 2006
Filed: March 29, 2006

_____

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Alfredo Contreras-Diaz unconditionally pleaded guilty to possessing marijuana with intent to distribute, in violation of 21 U.S.C. § 841(a)(1), and the district court[1] sentenced him to 41 months in prison and 3 years of supervised release. He appeals. For the reasons discussed below, we affirm his conviction and sentence.

First, Contreras-Diaz argues that the district court erred by denying in part his motion to suppress. However, his unconditional guilty plea precludes him from

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

raising this argument on appeal.  <u>See</u> <u>United States v. Jennings</u>, 12 F.3d 836, 839 (8th Cir. 1994).  Second, Contreras-Diaz argues that the district court erred by applying an enhancement for obstruction of justice and by not granting him a reduction for acceptance of responsibility.  Having reviewed the district court's factual findings and legal conclusions under the applicable standards of review, we see no error.  <u>See</u> U.S.S.G. § 3C1.1, comment. (n.4(e)); U.S.S.G. § 3E1.1, comment. (n.4).

Accordingly, we affirm the judgment of the district court.

_____